**ALEXANDER KRAKOW + GLICK LLP**
Michael S. Morrison (State Bar No. 205320)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: mmorrison@akgllp.com

Attorneys for Plaintiff and Respondent PATRICK MALONE

(*Additional Counsel Listed on Following Page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAG WEST, LLC, a California limited liability company; THE KENAN ADVANTAGE GROUP, INC., a Delaware corporation,<br><br>Petitioners,<br><br>v.<br><br>PATRICK MALONE, an individual,<br><br>Respondent. | Case No. 4:15-cv-03827-YGR<br><br>Case No. 4:15-cv-04262-YGR<br><br>(*Assigned to the Hon. Yvonne Gonzalez Rogers*)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT; VACATING COMPLIANCE HEARING**<br><br>*as modified by the Court* |
| PATRICK MALONE, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>KAG WEST, LLC, a California limited liability company,<br><br>Defendant. | |

- i -

| | |
|---|---|
| 1 | **LAW OFFICES OF THOMAS W. FALVEY**<br>THOMAS W. FALVEY, SBN 65744 |
| 2 | MICHAEL H. BOYAMIAN, SBN 256107<br>ARMAND R. KIZIRIAN, SBN 293992 |
| 3 | 550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203 |
| 4 | T: (818) 547-5200 | F: (818) 500-9307 |
| 5 | Attorneys for Respondent and Plaintiff PATRICK MALONE |
| 6 | |
| 7 | BRIAN L. JOHNSRUD, State Bar No. 184474<br>VICTORIA R. CARRADERO, State Bar No. 217885 |
| 8 | STEPHEN N. YANG, State Bar No. 142474<br>**CURLEY, HURTGEN & JOHNSRUD LLP** |
| 9 | 4400 Bohannon Drive, Suite 230<br>Menlo Park, CA 94025 |
| 10 | Telephone: 650.600.5300<br>Facsimile: 650.323.1002 |
| 11 | E-mail: bjohnsrud@chjllp.com<br>vcarradero@chjllp.com |
| 12 | syang@chjllp.com |
| 13 | Attorneys for Defendants and Petitioners KAG WEST, LLC and THE KENAN ADVANTAGE |
| 14 | GROUP, INC. |

- ii -

This Joint Stipulation to Remand Action to Alameda County Superior Court is made and entered into by and between Plaintiff and Respondent Patrick Malone, individually and on behalf of the general public, and Defendants and Petitioners KAG West, LLC and The Kenan Advantage Group, Inc. ("Defendants-Petitioners") (the "Parties").

**WHEREAS**, the action of *KAG West, LLC, et al. v. Patrick Malone*, Northern District of California Case No. 4:15-cv-03827-YGR was initiated by Defendants-Petitioners on August 21, 2015 in the form of a Petition to Compel Arbitration against Plaintiff-Respondent Patrick Malone for the various wage and hour claims he had asserted in correspondence dated July 22, 2015 ("District Court Action");

**WHEREAS**, the alleged putative wage and hour class action and Private Attorney General Act ("PAGA") action of *Patrick Malone v. KAG West, LLC*, Alameda County Superior Court Case No. RG15784137 was filed by Plaintiff-Respondent in California Superior Court on September 1, 2015 ("California Superior Court Action");

**WHEREAS**, Defendants-Petitioners removed the California Superior Court Action to the Northern District of California on September 18, 2015 ("Removed California Superior Court Action");

**WHEREAS**, District Court Judge Thelton E. Henderson (Ret.) granted Defendants-Petitioners' Petition to Compel Arbitration in the District Court Action on November 3, 2015, correspondingly stayed Plaintiff Malone's PAGA representative claims and consolidated the District Court Action and the Removed California Superior Court Action -;

**WHEREAS**, Plaintiff and Respondent Malone's putative class claims were subsequently dismissed by a JAMS arbitrator;

**WHEREAS,** in addition to the consolidated action in federal court for claims brought forth by Mr. Malone, a representative PAGA suit initiated by an individual

- 1 -

named James Souza remains pending in Alameda County Superior Court under the title of *James Souza v. KAG West, LLC*, Case No. RG16814354. Mr. Souza is represented by the same counsel of record in this action;

**WHEREAS**, the *Souza v. KAG West* action, as a PAGA only action, could not be removed to the Northern District of California from Alameda County Superior Court as currently pled and remains pending there;

**WHEREAS**, the Parties in this consolidated action, along with Plaintiff James Souza in *James Souza v. KAG West, LLC*, Case No. RG16814354, have reached a global settlement of their wage and hour claims against Defendants-Petitioners that is subject to court review and approval;

**WHEREAS**, this global settlement, if approved, would resolve all claims alleged in this consolidated action, in Malone's individual action pending in arbitration before JAMS, and in the Alameda County Superior Court *Souza* PAGA action;

**WHEREAS**, the Parties believe it would be most efficient to have a single court consider their global settlement;

**WHEREAS**, it is in the interests of judicial economy to have a single court consider the global settlement reached by the Parties;

**WHEREAS**, the present consolidated federal court action could be remanded from the Northern District of California back to state court based on the original filing of the *Malone v. KAG West* California Superior Court Action in Alameda County Superior Court;

**IT IS THEREFORE AGREED BETWEEN THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD THAT:**

1. For the sole purpose of facilitating state court review and potential approval of the Parties' global settlement of all disputed claims between the Parties, this consolidated action shall be remanded back to Alameda County Superior Court under the docket *Patrick Malone v. KAG West, LLC*, Case No. RG15784137.

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT
Case No. 4:15-cv-03827-YGR
Case No. 4:15-cv-04262-YGR

**IT IS SO STIPULATED.**

Dated: July 17, 2018

LAW OFFICES OF THOMAS W. FALVEY
ALEXANDER KRAKOW + GLICK, LLP

By: s/Michael Morrison
Thomas W. Falvey
Michael H. Boyamian
Armand R. Kizirian
Michael S. Morrison
Attorney for Respondent
PATRICK MALONE

Dated: July 17, 2018

CURLEY HESSINGER & JOHNSRUD LLP

By: s/ Stephen Yang
Brian Lee Johnsrud
Victoria R. Carradero
Stephen Yang
Attorney for Petitioners
KAG WEST, LLC and THE KENAN ADVANTAGE GROUP

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT
Case No. 4:15-cv-03827-YGR
Case No. 4:15-cv-04262-YGR

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' Joint Stipulation to Remand Action to Alameda County Superior Court, and good cause appearing, the Court hereby rules as follows:

1. This consolidated action is **ORDERED** remanded back to Alameda County Superior Court under the docket *Patrick Malone v. KAG West, LLC*, Case No. RG15784137.

2. The compliance hearing set for July 20, 2018 is hereby **VACATED**.

The Clerk shall close the file.

Dated: July 17, 2018

By: _____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge
Northern District of California

- 4 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT
Case No. 4:15-cv-03827-YGR
Case No. 4:15-cv-04262-YGR